*UNITED STATES BANKRUPTCY COURT*
*DISTRICT OF RHODE ISLAND*

---

| | |
|---|---|
| In Re: Clara Pena and Rafael Pena | BK No. 1:11−bk−12625 |
| Debtor(s) | Chapter 7 |

---

### ORDER VACATING REQUEST FOR LOSS MITIGATION

Upon the request to participate in the Loss Mitigation Program filed by John Ennis, Esq., attorney for debtors , on 6/30/2011 as to the debtor's residence, located at 9 Autumn Street, Providence, Rhode Island 029, and on 6/30/2011 , the court entered an Order (doc# 17 ) granting the debtors' request to participate in loss mitigation, and on 9/14/2011 , the creditor filed a motion to terminate requesting that the loss mitigation be vacated (doc.# 34 ). It is hereby **ORDERED** that the order granting participation in the Loss Mitigation Program of the United States Bankruptcy Court, District of Rhode Island is **VACATED.**

*So Ordered:*

/s/ Arthur N. Votolato
U.S. Bankruptcy Court Judge

Date: **10/6/11**

Entered on Docket: **10/6/11**
Document Number: **43 − 17**

ovaclm.jsp #751

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626−3100*

Website: www.rib.uscourts.gov